189 F.3d 982 (9th Cir. 1999)
 NANCY WAYNE; MARY ANN ACALDO; BARBARA GARVIN; KAREN KENDRICK; DORIS RYAN; CAROL JANE TIDWELL, Plaintiffs-Appellants,
v.
PACIFIC BELL, a corporation; PACIFIC TELESIS GROUP, Defendants-Appellees.
 No. 97-56456
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 April 13, 1999, Argued and Submitted.
August 30, 1999, Decided.
 
 1
 NOTE: SEE AMENDED OPINION AT 238 F.3d 1048.